FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 25-1519

**Short Case Caption:** Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.

**Filing Party/Entity:** Mianyang BOE Optoelectronics Technology Co., Ltd.; Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.; Tianma Microelectronics Co., Ltd.; Visionox Technology, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial & Appeal Board | IPR2023-01075 | Inter partes review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal or vacatur of PTAB decision re claims 1-6, 10, 12, 17-19, 21-23, 40-47, 51, and 52

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The PTAB confirmed claims 1-6, 10, 12, 17-19, 21-23, 40-47, 51, and 52 of U.S. Patent No. 11,594,578.

**Briefly describe the judgment/order appealed from:**

The PTAB instituted inter partes review on claims 1-6, 10, 12, 17-19, 21-23, 40-47, 51, and 52 of U.S. Patent No. 11,594,578. The PTAB's final written decision determined that Appellant had not shown by a preponderance of the evidence that instituted claims were unpatentable.

**Nature of judgment (select one):**      **Date of judgment:** 1/6/25

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                       Form 26 (p. 2)
                                                                      July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd., Nos. 25-1517, 25-1518

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the PTAB erred in upholding the patentability of claims 1-6, 10, 12, 17-19, 21-23, 40-47, 51, and 52

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

There were prior mediated discussions before Kent Stevens during the related ITC investigation involving the '578 patent.

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

In light of previous settlement discussions between the parties, appellants do not believe that mediation is likely to resolve this case.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 3/25/25                Signature:  /s/ Melanie L. Bostwick

                             Name:       Melanie L. Bostwick

Save for Filing